USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _____4/8/2022_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

YENSY CONTRERAS, Individually, and On Behalf of All Others Similarly Situated,

                Plaintiff,

vs.

KAZ USA, INC.,

                Defendant.

------------------------------------------------------x

Case No.: 1:21-cv-10164-ALC

**NOTICE OF VOLUNTARY DISMISSAL**

**MEMO ENDORSED**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Yensy Contreras hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Kaz USA, Inc.

DATED:  April 6, 2022

**MIZRAHI KROUB LLP**

           /s/ Jarrett S. Charo
           JARRETT S. CHARO

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

**This case is dismissed with prejudice. The Clerk of Court is directed to lift the stay and close this case.**

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

**Dated**: 4/8/2022